**Order entered September 29, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00737-CV**

**NEWSOM, TERRY & NEWSOM, LLP AND STEVEN K. TERRY,**
**Appellants**

**V.**

**HENRY S. MILLER COMMERCIAL COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-01306-G**

**ORDER**

We abated this appeal on August 10, 2022 pending disposition of a related appeal, appellate cause number 05-20-00379-CV. An opinion issued in cause number 05-20-00379-CV on August 31, 2022. Accordingly, we **REINSTATE** the appeal.

As noted in our August 10 abatement order, Newsom, Terry & Newsom, LLP and Steven K. Terry ("the Lawyers") filed this appeal from the trial court's June 28, 2022 order compelling post-judgment discovery in aid of enforcement of

a superseded judgment. The superseded judgment was the subject of cause number 05-20-00379-CV and was reversed by the Court's August 31 opinion. The Lawyers also challenged the trial court's June 28 order in that appeal by way of a motion for review under Texas Rule of Appellate Procedure 24.2 and petition for writ of injunction. On the same day the Court issued its August 31 opinion reversing the judgment in cause number 05-20–00379-CV, it denied as moot the motion for review and petition for writ of injunction.

The August 31 opinion appears to moot this appeal as well. Accordingly, this appeal will be dismissed without further notice unless, no later than October 10, 2022, the Lawyers show cause to retain the appeal on the docket.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE